UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC ANTONIO FANT,

    Plaintiff,

v.                                Case No. 3:25cv842-AW-HTC

CHRISTOPHER POWELL, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff Eric Antonio Fant, a prisoner proceeding *pro se*, filed a complaint against the Escambia County Jail arising out of his conditions of confinement. Doc. 1. For the reasons set forth below, this case should be dismissed for failure to prosecute and for failure to comply with orders of the Court.

On August 5, 2025, the Court granted Fant's motion to proceed *in forma pauperis* with the payment of an initial partial filing fee and ordered Fant to pay $27.66. Doc. 14. The Court advised him that failing to follow the Court's Order could result in a recommendation that this case be dismissed. *Id.* After one show cause order issued on September 4, 2025 (Doc. 17), and an extension of time granted on September 16, 2025 (Doc. 19), Fant was ordered to pay the $27.66 initial partial filing fee by September 30, 2025. On September 19, 2025, Fant remitted $12.61. That amount is less than what Fant was ordered to pay. As of this Order, Fant has

not remitted the full initial partial filing fee, and his time to do so has passed. The Court warned Fant in its prior orders that his failure to comply would result in a recommendation of dismissal. *Id.*

Based on the foregoing, dismissal of this case is appropriate. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED without prejudice for Plaintiff's failure to prosecute and to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 6th day of October, 2025.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:25cv482-AW-HTC